1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FANCI S. GENTRY,                         No. 2:25–cv–01411–SCR

12                   Plaintiff,                ORDER GRANTING IFP AND
                                               DIRECTING E-SERVICE
13         v.

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                     Defendant.
16

17         Pending before the court is Plaintiff's motion for leave to proceed in forma pauperis.  *See*

18    28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

19    security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted a

20    declaration, including a statement of income, assets, and expenses, and averring inability to pay

21    the costs of this proceeding.  Accordingly, IT IS HEREBY ORDERED that:

22         1.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

23         2.    The Clerk of Court is directed to issue a summons for this case;

24         3.    In keeping with the court's e-service procedure for Social Security cases, service

25               on the defendant Commissioner of Social Security Administration shall proceed

26               under the court's E-Service program as follows.  Once a summons is issued, the

27
      _____
28    [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
      pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1   Clerk of Court shall deliver to the Commissioner of Social Security
2   Administration and the United States Attorney's Office at their designated email
3   addresses a notice of electronic filing of the action along with the summons and
4   complaint.  The Commissioner has agreed not to raise a defense of insufficient
5   service of process if provided with notice of a complaint as detailed in this order.
6   This order is not intended to prevent parties from making any other motions that
7   are appropriate under the Federal Rules of Civil Procedure; and

8       4.    The Clerk of Court is DIRECTED to issue a scheduling order in this case.

9   IT IS SO ORDERED.

10  DATED: May 21, 2025

11

12  _____
    SEAN C. RIORDAN
13  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28